UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:23-CR-00241(1)-XR |
| | § | |
| (1) DEREK WAI HUNG TAM SING | § | |

## ORDER OF REFERRAL

The court refers this case to the Unites States Magistrate on duty for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and imposition of sentence by the United States District Court.

IT IS SO ORDERED this 18th day of July, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE